O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| RENE CASTILLO,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>COUNTY OF LOS ANGELES et al.,<br><br>　　　　　　Defendants. | Case No. 2:12-cv-02760-ODW(JEMx)<br><br>**ORDER DENYING JOINT MOTION TO CONTINUE TRIAL [20]** |
|---|---|

The Court has received the parties' joint request to continue trial by 120 days, which was improperly filed as a noticed motion. (ECF No. 20.) The parties' failure to diligently conduct discovery to date does not constitute good cause to continue the trial date in this matter. The Court therefore **DENIES** the request.

**IT IS SO ORDERED.**

November 16, 2012

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**