**O**

1
2
3
4
5
6
7

8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

11
12
13
14
15

RENE CASTILLO,

                    Plaintiff,

    v.

COUNTY OF LOS ANGELES et al.,

              Defendants.

Case No. 2:12-cv-02760-ODW(JEMx)

**ORDER RE SETTLEMENT CONFERENCE**

16
17
18
19
20
21
22

      The Court has received the order Judge McDermott issued yesterday cancelling today's settlement conference. (ECF No. 59.) But unless exempted by the Court, the settlement conference is mandatory. L.R. 16-15.1 The parties have a choice of settlement procedure, but no choice in whether to do it or the timing of it—it must be conducted prior to the date specified by the Court. That date here was set for May 27, 2013. (ECF No. 18, at 20.)

23
24
25
26
27
28

      Because the Court believes a settlement conference prior to the hearing on the County's motion for summary judgment could obviate the need for the parties to expend more time and resources than necessary, the Court **ORDERS** the parties to contact Judge McDermott's Courtroom Deputy ShaRon Anthony immediately to reschedule the settlement conference for as soon as possible. In addition, the Court hereby **VACATES** the June 3, 2013 hearing date on the County's motion and

1  **SUSPENDS** all briefing on that motion pending completion of the settlement

2  conference. Upon receipt of a joint notice from the parties apprising the Court of the

3  result of the settlement conference, the Court (if necessary) will reset a hearing date

4  and briefing schedule.

5  **IT IS SO ORDERED.**

6

7  May 7, 2013

8

9  _____

10  **OTIS D. WRIGHT, II**
   **UNITED STATES DISTRICT JUDGE**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28