O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE CASTILLO,<br><br>           Plaintiff,<br>     v.<br>COUNTY OF LOS ANGELES et al.,<br><br>           Defendants. | Case No. 2:12-cv-02760-ODW(JEMx)<br><br>**ORDER:**<br><br>**(1) SETTING MSJ BRIEFING SCHEDULE AND HEARING DATE**<br><br>**(2) CONTINUING TRIAL AND PRETRIAL DATES** |

The Court has learned that this matter did not settle during today's settlement conference and that a follow-up settlement conference has been set for June 12 at 2:00 p.m. (ECF No. 66.) In case settlement should also prove elusive at the June 12 conference, the Court hereby re-sets the briefing and hearing schedule on Defendant's Motion for Summary Judgment (ECF No. 56) as follows:

   Plaintiff Rene Castillo's Opposition is due no later than June 24, 2013;

   Defendant Los Angeles County's Reply is due no later than July 1, 2013; and

   The hearing on the motion is set for July 22, 2013, at 1:30 p.m.

/ / /

/ / /

The Court also continues all trial and associated pretrial dates as follows:

**09/24/13**   Trial at 9:00 a.m.

**09/19/13**   File Final Trial Exhibit Stipulation

**09/16/13**   Hearing on Motions in Limine at 2:30 p.m.

**09/11/13**   Final Pretrial Conference at 2:30 p.m.
Motions in Limine to be
Filed
Proposed Voir Dire Questions & Agreed-to Statement of Case

**08/26/13**   Lodge Pretrial Conference Order & Pretrial Exhibit Stipulation
File Trial briefs
File Contentions of Fact &
Law
Exhibit & Witness Lists
File Status Report Regarding Settlement
File Agreed Upon Set of Instructions & Verdict Forms
File Joint Statement Regarding Disputed Instructions, Verdicts, etc…

**IT IS SO ORDERED.**

June 7, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**