O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE CASTILLO,<br><br>   Plaintiff,<br>   v.<br>COUNTY OF LOS ANGELES et al.,<br><br>   Defendants. | Case No. 2:12-cv-02760-ODW(JEMx)<br><br>**ORDER:**<br><br>**(1) STRIKING PLAINTIFF'S STATEMENT OF GENUINE DISPUTES [79]**<br><br>**(2) CONTINUING MSJ OPPOSITION AND HEARING DATE [56]** |

The Court has received Plaintiff Rene Castillo's opposition to the County of Los Angeles's motion for summary judgment, and with it his statement of genuine issues (improperly titled "OPPOSITION to Separate Statement of Uncontroverted Facts and Conclusions of Law") required by Local Rule 56-2. (ECF No. 79.) The Court notes that this document is laden with boilerplate objections to the County's statements of undisputed fact. The Court's Scheduling and Case Management Order prominently advises that this practice is improper: "**DO NOT SUBMIT BLANKET OR BOILERPLACE OBJECTIONS TO THE OPPONENT'S STATEMENTS OF UNDISPUTED FACT.**" (ECF No. 18, at 7:20–21.)

/ / /

/ / /

The Court will not accept Castillo's statement of genuine disputes as written and therefore **STRIKES** that filing.  (ECF No. 79.)  Castillo is directed to re-submit a corrected statement of genuine issues no later than Wednesday, July 3, 2013.  The County's deadline to file a reply is accordingly **CONTINUED** to Monday, July 8.  The hearing on this matter is likewise **CONTINUED** to August 5, 2013 at 1:30 p.m.  **IT IS SO ORDERED.**

June 27, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

2