O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE CASTILLO,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF LOS ANGELES and DOES 1-10,<br><br>    Defendant. | Case No. 2:12-cv-02760 ODW (JEMx)<br><br>**ORDER CONTINUING ORDER TO SHOW CAUSE RE. SETTLEMENT** |

On August 30, 2013, the Court ordered the parties to show cause by December 2, 2013, why they had not finalized their settlement in this case. (ECF No. 98.) On November 26, 2013, Plaintiff Rene Castillo submitted a status report, indicating that the County of Los Angeles's Claims Board still had not approved Castillo's claim. But the parties have had an administrative hearing in which the hearing officer found that the allegations against Castillo were unfounded.

The Court is mindful of the terms of the Settlement Order issued on September 6, 2013, which requires the County to approve Castillo's claim within 120 days of that Order. (ECF No. 101.) The County is then to pay Castillo within 10 days of approval.

The status report does not shed much light on when this matter will be resolved and when the parties will accordingly file their stipulated dismissal. But the latest the

County could comply with Settlement Order—including approving Castillo's claim and paying him his funds—would be Tuesday, January 14, 2014.  The Court therefore **VACATES** the December 2, 2013 hearing date and **ORDERS** the parties **TO SHOW CAUSE** by **Tuesday, January 14, 2014**, why they have not filed a stipulated dismissal.  No hearing will be held.  The Court will not continue the Order to Show Cause again absent well-established good cause.  Failure to timely respond will result in dismissal of this action.

**IT IS SO ORDERED.**

November 26, 2013

_____
**OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE**